DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDITH BROADNAX BEST,

Appellant,

v.

LTD FAMILY TRUST, LLC; and U.S. BANK NATIONAL
ASSOCIATION, as Trustee for Residential Asset Securities
Corporation, Home Equity Mortgage Asset-Backed
Pass-Through Certificates, Series 2005-KS10,

Appellees,

No. 2D23-1678

_____

April 3, 2024

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for
Hillsborough County; Mark R. Wolfe, Judge.

Edith Broadnax Best, pro se.

Randall O. Reder of Randall O. Reder, P.A., Savannah, GA, for Appellee
LTD Family Trust, LLC.

No appearance on behalf of Appellee U.S. National Bank Association.


PER CURIAM.

        Affirmed.

SLEET, C.J., and NORTHCUTT and LUCAS, JJ., Concur.

Opinion subject to revision prior to official publication.